# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Faye Terry, Lamon Terry, and Devin Terry,
    Plaintiffs,
  v.
P.O. Adams, P.O. Harris, P.O. John Doe 1-3, individually, and the Village of Markham,
    Defendants.

Case Number:
FILED: AUGUST 22, 2008
08CV4809
JUDGE MANNING
MAGISTRATE JUDGE COX
BR

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Faye Terry, Lamon Terry, and Devin Terry

| | |
|---|---|
| **NAME (Type or print)** <br> Kathleen C. Ropka | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Kathleen C. Ropka | |
| **FIRM** <br> GREGORY E. KULIS & ASSOCIATES, LTD. | |
| **STREET ADDRESS** <br> 30 N. LaSalle Street, Suite 2140 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6217112 | **TELEPHONE NUMBER** <br> 312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |